UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

**DARNELL GILES**,

Plaintiff,

– against –

**ERROL D. TOULSIN**, *et al.*

Defendants.

--------------------------------------------------------------- X

**ORDER ADOPTING REPORT AND RECOMMENDATION**

25-CV-3262 (AMD) (JMW)

**ANN M. DONNELLY**, United States District Judge:

The plaintiff brought this action on June 11, 2025, asserting claims under 42 U.S.C. § 1983 for alleged constitutional violations. (*See* ECF No. 1 at 5.) On August 11, 2026, Magistrate Judge James M. Wicks issued a *sua sponte* Report and Recommendation in which he recommended that the case be dismissed for failure to prosecute. (ECF No. 17.) No objections have been filed, and the time for doing so has passed.

A district court reviewing a report and recommendation "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *VOX Amplification Ltd. v. Meussdorffer*, 50 F. Supp. 3d 355, 369 (E.D.N.Y. 2014) (citation omitted).

The Court has carefully reviewed Judge Wicks's well-reasoned report and recommendation for clear error and finds none. Accordingly, the Court adopts the report and recommendation in its entirety. The action is dismissed for failure to prosecute. The Clerk of Court is respectfully directed to enter judgment accordingly and close the case.

**SO ORDERED.**

s/Ann M. Donnelly
ANN M. DONNELLY
United States District Judge

Dated: Brooklyn, New York
August 28, 2026